IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SHANE CHAPMAN, )
)
    PLAINTIFF, )
)
v. ) CIVIL ACTION NO. 05-2332-Ma V
)
MICHAEL (MELVIN) WILSON a/k/a, ) JURY DEMANDED
MIKE WILSON and )
CURTIS RAY YOUNG a/k/a )
CURT YOUNG a/k/a )
CURTIS YOUNG, )
)
    DEFENDANTS. )

## ORDER

Upon good cause showing Plaintiff is granted an additional 90 days in which to serve process as provided by Rule One of the Federal Rules of Civil Procedure.

Enter this the 27th day of July, 2005

_____
Judge – U.S. Magistrate Judge

CORDER.D1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02332 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Edward W. Chandler
LAW OFFICE OF EDWARD CHANDLER
617 Don Quixote
Mountain Home, AR 72653

Honorable Samuel Mays
US DISTRICT COURT